[Crim. No. 2371. In Bank.—April 27, 1921.]

In the Matter of the Application of M. TAMBARA for a Writ of Habeas Corpus.

[1] CRIMINAL LAW—EMBEZZLEMENT—PROBABLE CAUSE FOR COMMITMENT.—Probable cause for the commitment for trial for embezzlement of one is shown where the evidence disclosed that after the full payment of the debt for which bonds were held by the defendant as security he, without lawful right, retained them and converted them to his own use by pledging them for his own obligation.

APPLICATION for a Writ of Habeas Corpus. Denied.

The facts are stated in the opinion of the court.

A. A. Montagne for Petitioner.

THE COURT.—This is an application for a writ of *habeas corpus* based on the ground that the prisoner has been committed by a magistrate for trial on the charge of embezzling certain bonds, without a showing of probable cause. The application is accompanied by a transcript of the testimony taken before the committing magistrate. An examination of this transcript satisfies us that it discloses probable cause for holding for trial on the theory that after the debt was fully paid the prisoner without lawful right retained the bonds and converted the same to his own use by pledging the same for his own obligation.

The application for a writ is denied.

All the Justices concurred.